**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10353 |
| Plaintiff - Appellee, | D.C. No. 4:13-cr-00254-RCC |
| v. | |
| JUAN PASO-ANGELES, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John C. Coughenour, District Judge, Presiding[**]

Submitted June 12, 2014[***]

Before:     McKEOWN, WARDLAW, and M. SMITH, Circuit Judges.

Juan Paso-Angeles appeals from the district court's judgment and challenges

his guilty-plea conviction and 24-month sentence for reentry after deportation, in

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The Honorable John C. Coughenour, Senior United States District Judge for the Western District of Washington, sitting by designation.

[***]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386 U.S. 738

(1967), Paso-Angeles's counsel has filed a brief stating that there are no grounds

for relief, along with a motion to withdraw as counsel of record.  We have

provided Paso-Angeles the opportunity to file a pro se supplemental brief.  No pro

se supplemental brief or answering brief has been filed.

Paso-Angeles has waived his right to appeal his conviction and sentence.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80

(1988), discloses no arguable issue as to the validity of the waiver.  *See United

States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).  We accordingly dismiss

the appeal.  *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**